**GEORGE LANDEN LINGERFELT,**

    **Plaintiffs,**

    **v.**                            **ORDER**

**TOWN OF LONG VIEW,**

    **Defendants.**

 

    **THIS MATTER** is before the Court on its own motion. The parties informed the Court by email on January 31, 2022 that they had reached a settlement and on February 7, 2022 a Mediation Report was filed reflecting the parties' settlement. (*See* Doc. No. 33). The Court advised the Parties that an agreement for entry of judgment or stipulation of dismissal was required to be filed within 30 days or the Court may dismiss the case without prejudice. When no stipulation of dismissal was filed by the March 2, 2022 deadline, the Court extended the deadline until March 31, 2022 at the parties' request. (*See* Docket generally). However, this second deadline has passed, and no agreement for entry of judgment or stipulation of dismissal has been filed. While the Plaintiff has requested a further extension, the Court finds no good cause for additional delay. Accordingly, the Court will **DISMISS** the case **without prejudice,** with the expectation that the parties will fully perform and otherwise comply with their agreed upon settlement as represented to the Court.

**ORDER**

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's Complaint, (Doc. No. 1), is **DISMISSED** without prejudice:

2. The Clerk is directed to close this matter in accordance with this Order;

**SO ORDERED ADJUDGED AND DECREED**.

Signed: April 5, 2022

Kenneth D. Bell
United States District Judge